IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00846-RPM

KIMBERLY HEUTZENROEDER,

      Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT 51,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 15, 2008, at 10:30 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges_frame.htm**

(Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev.

1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on July 10, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties

will be permitted to attend.

Dated: May 20th, 2008

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

.                       Richard P. Matsch, Senior District Judge