**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 1, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No. 08-cv-00846-RPM

KIMBERLY HEUTZENROEDER,                          Robert M. Liechty

     Plaintiff,

v.

MESA COUNTY SCHOOL DISTRICT 51,                  David A. Price
                                                 David M. Dodero
     Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:49 p.m.      Court in session.**

Court's preliminary remarks and states its understanding of the case.

Mr. Liechty states there is **no claim by the plaintiff for retaliation**.

1:54 p.m.      Argument by Mr. Price.
2:20 p.m.      Argument by Mr. Liechty.

Court's oral findings and conclusions stated on record.

**ORDERED:   Defendant Mesa County School District No. 51's Motion for Summary
            Judgment, filed March 11, 2009 [11], is granted.  Case dismissed.**

**2:44 p.m.      Court in recess.**

Hearing concluded.  Total time: 55 min.