IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00846-RPM

KIMBERLY HEUTZENROEDER,

    Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT 51,

    Defendant.

---

## ORDER

---

Pursuant to the hearing held today and the Court's oral findings of fact and conclusions of law stated on record, it is

ORDERED that Defendant Mesa County School District No. 51's Motion for Summary Judgment, filed March 11, 2009 [11], is granted.  It is

FURTHER ORDERED that the Clerk of this Court shall enter judgment in favor of defendant Mesa County Valley School District 51 and against plaintiff Kimberly Heutzenroeder.

Dated: July 1st, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

    .                              Richard P. Matsch, Senior District Judge